IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLEN HESS                              :
                                        :          CIVIL ACTION
                                        :
                                        :          NO. 02-CV-3691
        v.                              :
                                        :
                                        :
SECURITY GUARDS, INC.                   :

**<u>ORDER</u>**

        AND NOW, this 3rd day of February, 2003, upon consideration of Plaintiff Allen Hess's

Motion For Enlargement Of Time (Doc. No. 10), and Defendants' response thereto, it is

ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff shall file a response to Defendant

Security Guards Inc.'s Motion For Summary Judgement on or before Monday, February 10,

2003.  Failure of Plaintiff to comply with this Order will result in the granting of Defendant's

Motion For Summary Judgement as unopposed.

                        BY THE COURT:

                        _____
                        R. Barclay Surrick, Judge