IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN HESS : | |
| : | CIVIL ACTION |
| : | |
| : | NO. 02-CV-3691 |
| v. : | |
| : | |
| : | |
| SECURITY GUARDS, INC. : | |

**CIVIL JUDGMENT**

AND NOW, this _____ day of September, 2003 in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is ORDERED that judgment be and the same is hereby entered in favor of Defendant, Security Guards, Inc.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge