IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLEN HESS

                                              02-3691
                                              District Court Docket Number

                vs.

SECURITY GUARDS, INC.

Notice of Appeal Filed  11/3/03
Court Reporter(s)/ESR Operator(s)          esr

Filing Fee:
        Notice of Appeal __Paid  _x_ Not Paid    __Seaman
        Docket Fee         __Paid  _x_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending




                                          Defendant's Address (for criminal appeals)

_____
_____
_____


                                          Prepared by :_____
                                               Patricia Horning 11/3/03
                                               Deputy Clerk Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm